# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SHANIKA EDMOND

VERSUS

DOMINIQUE EDMOND

NO.  2021 CW 0383

**JULY 6, 2021**

In Re:    Shanika Edmond, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 200342.

BEFORE:    **CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator, Shanika Edmond, violated Rules 4-2, 4-3, 4-5(C)(8)-(11) of the Uniform Rules of Louisiana Courts of Appeal. The writ application does not contain a copy of the original petition, the exception of subject matter jurisdiction, the opposition to the exception or a statement advising no opposition was filed, the pertinent court minutes, the notice of intent to file the writ application, or a signed return date order.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before August 5, 2021 and must contain a copy of this ruling.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT